# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**SAFE HAVEN WILDLIFE REMOVAL AND PROPERTY MANAGEMENT EXPERTS, LLC**

vs.

**MERIDIAN WILDLIFE SERVICES, LLC**

Action No:   7:21cv577

Date:   12/9/2022

Judge:   Elizabeth K. Dillon

Court Reporter:   S. Bragg

Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)

Andrew Fitzgerald

Defendant Attorney(s)

Lauren Griffin
David Hearn
Siraj Abhyankar

PROCEEDINGS:
Parties present by counsel via zoom for oral argument on Defendant's Motion to Stay (dkt. 42). Argument, Objections, Rebuttal as reflected in the record.
Court grants Meridian's motion to stay the case pending resolution of the inter partes review (IPR) now proceeding before the US Patent Trial and Appeal Board (PTAB) regarding the three patents at issue in this case. Thus, the case is stayed pending either denial of the petitions for IPR or decisions following acceptance of the petitions by the PTAB.   The parties are to notify the court within twenty (20) days of either event.

Time in Court:   1:59 – 2:28 pm; 29 min