IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
CASE NO. 7:21-CV-00577-EKD

| | |
|---|---|
| SAFE HAVEN WILDLIFE REMOVAL AND PROPERTY MANAGEMENT EXPERTS, LLC, <br><br> Plaintiff, <br> v. <br><br> MERIDIAN WILDLIFE SERVICES LLC, d/b/a Meridian Bird Removal Expert, Inc., <br><br> Defendant, | ) ) ) ) ) ) ) ) ) ) ) ) ) **NOTICE OF USPTO DECISION ON IPR** |

Comes Now Plaintiff and provides the Court notice that the USPTO did not institute and inter partes review on any of the three patents at issues in this case. Exhibit 1 is the decision on patent '108. Exhibit 2 is the decision on patent '683. Exhibit 3 is the decision on patent '374.

Respectfully submitted this the 14th day of January 2023.

FITZGERALD HANNA & SULLIVAN, PLLC

*/s/ Andrew L. Fitzgerald*
Andrew L. Fitzgerald
N.C. State Bar No. 31522
FITZGERALD HANNA
& SULLIVAN, PLLC
119 Brookstown Avenue
Suite 402
Winston-Salem, NC 27101
Telephone/Fax: 336-793-4365
afitzgerald@fhslitigation.com

1

2

## CERTIFICATE OF SERVICE

      This is to certify that on January 14, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

This the 14th day of January, 2023

*/s/ Andrew L. Fitzgerald*
Andrew L. Fitzgerald
